# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH DAVENPORT<br><br>                    Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>                    Defendant. | CASE NO. 10cv0508 JM (AJB)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; REFERRING MATTER TO MAGISTRATE JUDGE |

**Motion to Proceed In Forma Pauperis**

Plaintiff has submitted an application to proceed in forma pauperis. Plaintiff declares that she is unemployed and possesses no significant source of income or asset. Accordingly, the Court **GRANTS** plaintiff's request to proceed in forma pauperis.

After a careful review of the pleadings, the Court orders as follows:

1. The request to proceed in forma pauperis is **GRANTED**.

2. The Clerk of Court shall serve a copy of this order and the complaint on the United States Attorney General or an authorized representative.

**Referral to Magistrate Judge**

Plaintiff brings this action for review of a decision by the Commissioner of Social Security denying her Supplemental Security Income benefits. All matters arising in this social security appeal are hereby referred to United States Magistrate Anthony J. Battaglia for a report and recommendation

in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c). When the parties seek to file motions for summary judgment in this case, the parties shall contact the chambers of Magistrate Judge Battaglia to secure scheduling, filing and/or hearing dates.

**IT IS SO ORDERED.**

DATED: March 10, 2010

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties